In the Matter of the Application of JEAN HELLMAN, Petitioner, for a Certiorari Order against EDWARD P. MULROONEY, as Chairman of the New York State Liquor Authority, Division of Alcoholic Beverage Control, and Another, Respondents.— Determination of the State Liquor Authority revoking petitioner's license unanimously confirmed and certiorari proceeding dismissed, without costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

In the Matter of the Application of JOHN N. HEMPSTEAD, Appellant, for a Certiorari Order to THE BOARD OF ZONING APPEALS OF THE TOWN OF HEMPSTEAD and Another, Respondents.— Order confirming on the merits a decision of the board of zoning appeals of the town of Hempstead and dismissing a certiorari order unanimously affirmed, with costs. Appeal from order denying motion for reargument dismissed. We are of opinion that the hearing before the board was limited to the propriety of dispensing with the conditions imposed at the time the variance was granted a year prior thereto or of accepting the consents as secured as compliance with such conditions. It was the propriety of granting the building permit by the building inspector upon the filing of the consents which the board reviewed at this hearing, and the discretion of the board in granting a variance had been exercised more than a year before, the time to review that determination having long since expired. (Town Law, § 267.) In making the determination which it did, the board was acting well within its discretion in that the conditions in question had been imposed by it. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

In the Matter of the Application of KARRON & LIEBERMAN, INC., Respondent, and THE POLYTECHNIC INSTITUTE OF BROOKLYN, Intervening Respondent, for an Order of Certiorari against HARRIS H. MURDOCK and Others, Constituting the Board of Standards and Appeals of the City of New York, Appellants.— Order sustaining order of certiorari and annulling the determination of the board of standards and appeals, which determination denied petitioner's application for a variance of the building zone resolution so as to permit the erection of a gasoline station and garage in a business district, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Tompkins and Johnston, JJ.